# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY BARR,<br><br>                   Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                  Defendant. | Case No.: 17cv616-MMA (JMA)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Doc. No. 19] |

On December 4, 2017, the parties jointly filed a stipulation of dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 19.  Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety.  Each party must bear its own attorneys' fees and costs.  The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated:  December 4, 2017

*Michael M. Anello*
Hon. Michael M. Anello
United States District Judge